No. 1825, Misc. LOVANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Harry C. Batchelder, Jr.,* and *Thomas R. Esposito* for petitioner. *Solicitor General Griswold* for the United States.

No. 1823, Misc. MIDDLETON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1838, Misc. WION *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 282. UNITED STATES *v.* DAVIS ET UX., *ante,* p. 301;

No. 573. WATTS ET AL. *v.* SEWARD SCHOOL BOARD ET AL., *ante,* p. 921;

No. 794. BURDETTE *v.* TENNESSEE, *ante,* p. 987;

No. 1208, Misc. JAMERSON *v.* DELHEY ET AL., *ante,* p. 1013;

No. 1532, Misc. MAGEE *v.* WHITTAKER, SHERIFF, ET AL., *ante,* p. 1016; and

No. 1661, Misc. MOONEY *v.* UNITED STATES, *ante,* p. 1029. Petitions for rehearing denied.

No. 732. JOHNSON *v.* UNITED STATES, *ante,* p. 991. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 882. BOSTON & PROVIDENCE RAILROAD DEVELOPMENT GROUP *v.* BARTLETT, TRUSTEE IN REORGANIZATION, ET AL., *ante,* p. 979. Petition for rehearing and other relief denied.